# SEYFARTH SHAW

Seyfarth Shaw LLP
975 F Street, N.W.
Washington, DC 20004-1454
(202) 463-2400
fax (202) 828-5393
www.seyfarth.com

Writer's direct phone
(202) 828-5380

Writer's e-mail
tmurakami@seyfarth.com

Writer's direct fax
(202) 641-9182

May 14, 2014

**VIA CM/ECF**

The Honorable Robert E. Payne
U.S. District Court for the Eastern District of Virginia
701 East Broad Street
Richmond, VA 23219

    Re:     *Henderson, et. al. v. First Advantage Background Services Corporation*; Case No. 3:14cv221-REP

Dear Judge Payne:

    This letter sets forth Defendant First Advantage Background Services Corporation's ("Defendant") statement of position in response to this Court's Order, dated May 2, 2014.

    Defendant does not believe that this case is in any way related to any of the other cases Plaintiff Tyrone Henderson has filed in this Court, including but not limited to *Henderson v. Corelogic, Inc.* (Case No. 3:12-cv-97), *Henderson v. Acxion Risk Mitigation, Inc.* (Case No. 3:12-cv-589), or *Henderson v. InfoMart, Inc.* (Case No. 3:13-cv-578).

    On April 14, 2014, Defendant's counsel, who represents Infomart, Inc.*,* filed a document in Case No. 3:13-cv-578. Through no action on Defendant's counsel's part, the document was filed in several other *Henderson* cases. Defendant's counsel was informed that the Court had marked the cases as related. Defendant's counsel promptly notified the Court of the error, and the document was removed from the other dockets.

    To date, Defendant has not been served in this matter.

17230050v.1

Very truly yours,

SEYFARTH SHAW LLP

*/s/ Taron K. Murakami*

Taron K. Murakami (VSB #71307)
Counsel for Defendant

cc: Christopher North, Esq.
　　Gerald L. Maatman, Esq.
　　Pamela Q. Devata, Esq.
　　Frederick T. Smith, Esq.
　　Rebecca S. Bjork, Esq.



## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on May 14, 2014, she filed the foregoing document with the Court's CM/ECF system, which will send notification of such filing to the following:

>Christopher Colt North
>751-A Thimble Shoals Blvd.
>Newport News, VA 23606
>cnorthlaw@aol.com
>
>*Counsel for Plaintiff*

>           /s/ Taron K. Murakami
>Taron K. Murakami
>VSB #71307
>SEYFARTH SHAW LLP
>975 F Street, N.W.
>Washington, DC 20004
>(202) 463-2400
>(202) 828-5393 (facsimile)
>tmurakami@seyfarth.com
>*Attorneys for Defendant*