IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

TYRONE B. HENDERSON, SR., et al.,

    Plaintiffs,

v.                                      Civil Case No. 3:14cv221

FIRST ADVANTAGE BACKGROUND SERVICES, CORP.,

    Defendants.

## ORDER

This matter is before the Court on the Court's own initiative. The plaintiffs have requested to file a Second Amended Complaint. The Court directs the plaintiffs to file the Second Amended Complaint on or before October 20, 2014. The defendant shall respond on or before November 10, 2014.

The Court also establishes the following briefing schedule regarding class certification:

(1) the plaintiffs shall file their class certification motion on or before February 13, 2015,

(2) the defendants shall respond on or before March 6, 2015, and

(3) the plaintiffs shall file their reply brief on or before March 16, 2015.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: October 15, 2014
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge