**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| TYRONE B. HENDERSON, SR., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 3:14-cv-00221-JAG |
| | ) | |
| FIRST ADVANTAGE BACKGROUND | ) | |
| SERVICES CORP., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
<u>CONSENT MOTION FOR ENTRY OF PROTECTIVE ORDER</u>**

Defendant First Advantage Background Services Corp. ("Defendant"), by counsel,

hereby moves this Court for the entry of the Stipulated Protective Order, attached to the Consent

Motion for Entry of Protective Order, and in support thereof states:

1.      Plaintiffs' complaint alleges claims under the Fair Credit Reporting Act against

Defendant.

2.      The parties desire to facilitate the production of information and documents by

protecting against the unnecessary public disclosure of sensitive information, which may include

trade secrets, proprietary systems, confidential commercial information, confidential applicant or

employee information, confidential research and development, or other proprietary information

belonging to Defendant and/or credit, personal, and other confidential information belonging to

Defendant and/or other confidential information of Plaintiffs.

3.      The parties have agreed to a Stipulated Protective Order (the "Order") that,

among other things, permits the designation of certain documents as "confidential" and limits the

manner in which those documents may be revealed.

4.     The Court has authority under Rule 26(c) to manage the disclosure of any such confidential materials in accordance with the terms agreed to by the parties.

5.     Counsel for Plaintiffs has agreed to the entry of the Order.  A copy of the proposed Order is attached to the Motion.  An copy of the Order executed by counsel will be forwarded to the clerk's office.

6.     Accordingly, Defendant moves this Court for entry of the Stipulated Protective Order governing discovery and protection of confidential information.


Date: January 14, 2015                              Respectfully submitted,

                                                    FIRST ADVANTAGE BACKGROUND
                                                    SERVICES CORP.

                                                    By:___/s/ Taron K. Murakami_____
                                                        Taron K. Murakami  (VSB # 71307)
                                                        Rebecca S. Bjork*
                                                        SEYFARTH SHAW LLP
                                                        975 F Street, N.W.
                                                        Washington, DC 20004
                                                        (202) 463-2400
                                                        (202) 828-5393 (facsimile)
                                                        tmurakami@seyfarth.com
                                                        rbjork@seyfarth.com

                                                        Gerald L. Maatman, Jr.*
                                                        Pamela Q. Devata*
                                                        SEYFARTH SHAW LLP
                                                        131 South Dearborn Street, Suite 2400
                                                        Chicago, Illinois  60603-5577
                                                        (312) 460-5000
                                                        (312) 460-7000 (facsimile)
                                                        gmaatman@seyfarth.com
                                                        pdevata@seyfarth.com

                                                        Frederick T. Smith*
                                                        SEYFARTH SHAW LLP
                                                        1075 Peachtree Street N.E., Suite 2500
                                                        Atlanta, Georgia 30309-3962
                                                        (404) 885-1500

(404) 892-7056 (facsimile)
fsmith@seyfarth.com

*Admitted *pro hac vice*

*Attorneys for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 14, 2015, a true and correct copy of the foregoing

Memorandum of Points and Authorities in Support of Consent Motion for Entry of Protective

Order was filed by CM/ECF, with electronic notification to:

Christopher C. North, VSB 16955
William L. Downing, VSB 17704
The Consumer and Employee Rights Law Firm, P.C.
751-A Thimble Shoals Boulevard
Newport News, Virginia 23606
E-mail: cnorthlaw@aol.com
E-mail: wdowninglaw@aol.com

Anthoney R. Pecora
Matthew A. Dooley
O'Toole McLaughlin Dooley & Pecora, Co.
5455 Detroit Road
Sheffield Village, Ohio 44054
E-mail: apecora@sheffieldlaw.com
E-mail: mdooley@omdplaw.com

Leonard A. Bennett, VSB 37523
Susan M. Rotkis, VSB 40693
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
E-mail: lenbennett@clalegal.com
Email: srotkis@clalegal.com

*Counsel for Plaintiff*

        /s/ Taron K. Murakami
Taron K. Murakami, VSB #71307
SEYFARTH SHAW LLP
975 F Street, N.W.
Washington, DC 20004
(202) 463-2400
(202) 828-5393 (facsimile)
tmurakami@seyfarth.com
*Counsel for Defendant*

18824799v.1