IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

TYRONE B. HENDERSON, SR., *et al.*,
on behalf of themselves and
all others similarly situated,
                    Plaintiffs,

                                                    Civil Case No.:  3:14-cv-221-JAG

        v.

FIRST ADVANTAGE BACKGROUND CORP.,
                    Defendant.

## ORDER

This matter is before the Court on the plaintiffs' motion to compel and motion to modify the scheduling order. (Dk. No. 43.)

The Court finds that the defendant has not designated a 30(b)(6) witness.  The defendant is DIRECTED to designate a 30(b)(6) witness, or witnesses, on or before Wednesday, March 18, 2015.  With respect to the 30(b)(6) deposition, the parties are directed to agree on a date for the deposition on or before Wednesday, March 18, 2015.  The deposition must occur on or before Monday, March 23, 2015.  If the parties cannot agree to a date, the parties are DIRECTED to contact the Court and schedule a conference call and the Court will set a date.

It appears that the plaintiffs represented that they would be submitting an amended complaint, but for unknown reasons did not do so.  For this reason, the Court will deny costs to the plaintiffs regarding this motion.

The Court will GRANT the motion to modify the scheduling order.  The plaintiffs are DIRECTED to file their motion for class certification on or before Friday, March 27, 2015.  The defendant shall respond on or before Friday, April 17, 2015, and the plaintiffs shall file their reply on or before Monday, April 27, 2015.  The dates in the Initial Pretrial Order remain

unchanged.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: <u>March 13, 2015</u>
      Richmond, Virginia

/s/

John A. Gibney, Jr.
United States District Judge