# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*

**NORFOLK/NEWPORT NEWS DIVISION**

Tuesday, August 4, 2015

**MINUTES OF PROCEEDINGS IN** Open Court

**PRESENT**: THE HONORABLE RAYMOND A. JACKSON, U.S. DISTRICT JUDGE

Deputy Clerk: *P. Thompson*　　　　　　　　　　　Reporter: Jody Stewart, OCR

| Set: 1:30 p.m. | Started: 1:25 p.m. | Ended: 1:40 p.m. |
|---|---|---|

Case No. 3:14cv221

**Tyrone B. Henderson, Sr.**
*on behalf of themselves and all other similarly situated, et.al.*

v.

**First Advantage Background Services, Corp.**

Attorney Susan Rotkis appeared on behalf of the plaintiffs.

Attorney's Frederick Smith and Taron Murakami appeared on behalf of the defendant.

Matter came on for Hearing re: #79 Consent Motion for Preliminary Approval of Settlement.

Comments of the Court.

Court conducted inquiry of plaintiff's counsel.

Fairness hearing scheduled for Thursday, 12/17/15 at 10:00am in Richmond.

Court and counsel discussed certain dates pertaining to the notice. Counsel to submit notice.

Court adjourned.