IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TYRONE B. HENDERSON, SR., et al.,

    Plaintiffs,

v.                                                Civil Case No. 3:14-cv-221-JAG

FIRST ADVANTAGE BACKGROUND SERVICES, CORP.,

    Defendants.

## ORDER

This matter is before the Court on the parties' joint motion for preliminary approval of the class action settlement. The Court held a hearing in this matter on August 4, 2015. At the hearing, the Court directed the parties to submit a proposed order and notice. The Court has not received the proposed order and notice. The Court directs the parties to submit the proposed order and notice on or before Thursday, August 20, 2015.

    It is so ORDERED.

    Let the Clerk send a copy of this Order to all counsel of record.

Date: August 18, 2015
Richmond, VA

/s/ 
John A. Gibney, Jr.
United States District Judge