**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

TYRONE B. HENDERSON, SR., et al.,
      Plaintiffs,

v.                                                                  Civil Case No. 3:14-cv-221-JAG

FIRST ADVANTAGE BACKGROUND SERVICES, CORP.,
      Defendant.

## ORDER

This matter comes before the Court on the Plaintiffs' Consent Motion to Stay All Deadlines for 14 Days. (Dk. No. 91.) The Court GRANTS this motion. The Court directs the parties to contact chambers by September 11, 2015, to schedule the matter for a conference call to be held on September 15, 2015.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.


Date: September 10, 2015
Richmond, VA

_____/s/_____
John A. Gibney, Jr.
United States District Judge