IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TYRONE B. HENDERSON, SR., et al.,
      Plaintiffs,

v.                                                   Civil Case No. 3:14-cv-221-JAG

FIRST ADVANTAGE BACKGROUND SERVICES, CORP.,
      Defendant.

## ORDER

This matter comes before the Court on its own initiative. On August 28, 2015, the Court preliminarily approved the class action settlement in this case, including the written notice to be sent to class members. The notice contained deadlines for (1) the Class Administrator to send written notice, (2) the class members to object to the settlement, and (3) the class members to notify the Court of an intention to appear at the final fairness hearing. On September 10, 2015, the Court granted Plaintiffs' Consent Motion to Stay All Deadlines for 14 Days. (Dk. No. 93.)

The Court now STAYS the deadline for the Class Administrator to send written notice to class members for an additional 7 days. The deadlines for class members to object and to notify the Court, however, remain the same as under the September 10, 2015 Order. Accordingly, the deadlines are now:

- September 29, 2015: Class Administrator to send written notice to class members;

- November 23, 2015: class member objections due to Class Administrator; and

- December 15, 2015: class member notice of intention to appear at final fairness hearing due to Court.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: September 15, 2015
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge