IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TYRONE B. HENDERSON, SR., et al.,
    Plaintiffs,

v.                                    Civil Case No. 3:14-cv-221-JAG

FIRST ADVANTAGE BACKGROUND
SERVICES, CORP.,
    Defendant.

## ORDER

This matter comes before the Court on its own initiative. On September 15, 2015, the Court entered an Order clarifying deadlines for sending written notice to the class members and receiving responses from the class members. (Dk. No. 94.) The deadline for the Class Administrator to send written notice to class members was September 29, 2015. The Court now DIRECTS the parties to file a status report on these notices, as well as the resolution of the discrepancy in class size, on or before October 13, 2015.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: October 6, 2015
Richmond, VA

/s/ 
John A. Gibney, Jr.
United States District Judge