## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

|  |  |
|---|---|
| **TYRONE B. HENDERSON, SR.,** *et al.*, **on behalf of themselves and others similarly situated,** | |
| **Plaintiffs,** | |
| v. | **Civil Action No. 3:14-CV-00221** |
| **FIRST ADVANTAGE BACKGROUND SERVICES, CORP.** | |
| **Defendant.** | |

### PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, APPLICATION FOR SERVICE AWARD TO THE CLASS REPRESENTATIVES, AND APPLICATION FOR AWARD OF ATTORNEYS' FEES

Plaintiffs, Terrell Manuel and Dawn M. Rosales, on behalf of themselves and the Class, respectfully move for final approval of the class settlement reached in this case and apply for a service award for their role in prosecuting this action. Class counsel also apply for an award of attorneys' fees incurred in furtherance of litigating this matter to the successful result now before this Court for final approval. For the reasons explained in the accompanying memorandum in support of this motion, the Plaintiffs respectfully request entry of an order of Final Approval filed herewith.

> **TERRELL MANUEL and DAWN M. ROSALES,** *on behalf of themselves and all others similarly situated*,
>
> By_____/s/_____
>                 Of Counsel

Leonard A. Bennett
Susan M. Rotkis
Consumer Litigation Associates PC
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601

(757) 930-3660 – Telephone
(757) 930-3662 – Facsimile

Matthew A. Dooley
Anthony R. Pecora
O'Toole, McLaughlin, Dooley & Pecora Co., LPA
5455 Detroit Road
Sheffield Village, Ohio 44054

Matthew J. Erausquin
Casey S. Nash
Consumer Litigation Associates PC
1800 Diagonal Rd
Suite 600
Alexandria, VA 22314
703-273-6080 - Telephone
1-888-892-3512 - Facsimile

Christopher Colt North
William L. Downing
The Consumer and Employee Rights Law
Firm P.C.
751-A Thimble Shoals Blvd.
Newport News, VA 23606

*Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 7th day of March, 2016, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

Rebecca Suzanne Bjork
Esther Slater McDonald
Seyfarth Shaw LLP
975 F Street, NW
Washington, DC 20004-1454

Frederick Thomas Smith
Seyfarth Shaw LLP
1075 Peachtree St NE
Suite 2500
Atlanta, GA 30309-3962

Pamela Q Devata
David J. Rowland
Gerald L. Maatman, Jr.
Seyfarth Shaw LLP (IL-NA)
131 S Dearborn St
Suite 2400
Chicago, IL 60603-5577

*Counsel for Defendant*

　　　　　　　/s/
Susan M. Rotkis
VSB 40693
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail:  srotkis@clalegal.com